IN THE UN[...]
EASTERN [...]

**Motion DENIED**

This the 28th day of ___May___, 2026 .

_Louise W. Flanagan_
LOUISE W. FLANAGAN, United States District Judge

FILED

MAY 15 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___MM___ DEP CLK

UNITED STATES OF AMERICA
        PLAINTIFF,

        V                    CASE NO. 7:23-cr-00084-BO-RN

ANTHONY CARL GOOCH _____ /

## MOTION FOR TRANSCRIPTS AND ANY OTHER DOCUMENTS IN THE ABOVE CASE NUMBER

Now comes, ANTHONY CARL GOOCH ___ , in pro se, in necessity, and hereby moves this honoable court to grant the following:

1. Docket menu for all filings and hearing in the above case Number;
2. [] Trial transcripts;            6. [X] Plea agreement
3. [X] Plea transcripts;
4. [X] Sentencing transcripts;
5. [X] Indictment;

And any other documents that would assist the movant.

The above requested transcripts and records are required to assist the Movant, in drafting a pro se motion for Direct Appeal, 28 U.S.C 2255 motion, supreme court petition.

## MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION

Movant, ANTHONY CARL GOOCH ___ , points to Griffin v Illinois, 351 U.S. 12, 100 L.Ed. 891, 76 S.CT. 585 (1953). The supreme court held the due process and equal protection clause of the federal constitution's fourteenth amendment were violated by a states denial of an appeal of a criminal conviction solely on account of the defendant's inability to pay for transcripts.

Movant, ANTHONY CARL GOOCH ___ , has limited funds, as the Forma pauperis depicts. Movant ANTHONY CARL GOOCH ___ , request that the court grant the motion pursuant to Smith v Bennet, 365 U.S. 708, 713, 81 S.Ct. 898, 6 L.ED.2d 39 (1961). The supreme court stated in failing to extend the privledge of the great writ to it's indigent prisoners this